1
2
3
4
5
6 **UNITED STATES DISTRICT COURT**
   **DISTRICT OF NEVADA**
7
8
9  LAWSON GUY STEVE,                          )        3:11-CV-0540-LRH-RAM
                                              )
10              Plaintiffs,                   )
                                              )        **ORDER**
11        vs.                                 )
                                              )
12  GREG COX, et al.,                         )
                                              )
13              Defendants.                   )
   _____)
14

15        Plaintiff, who is in the custody of the Nevada Department of Corrections, has submitted a civil

16  rights complaint pursuant to 42 U.S.C. § 1983 (ECF No. 1-1).  Based on the financial information

17  provided, the court finds that plaintiff is able to prepay the full filing fee in this matter.  Therefore,

18        **IT IS ORDERED** as follows:

19        1.    Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) is **DENIED**.  Plaintiff

20              shall have thirty (30) days from the date this order is entered in which to have the FULL

21              $350 filing fee sent to the Clerk of the Court.  Failure to do so may result in dismissal of

22              this action.  Furthermore, even if this action is dismissed, the full filing fee must still be

23              paid pursuant to 28 U.S.C. § 1915(b)(2).

24        2.    The Clerk of the Court shall **SEND** plaintiff two copies of this order.  Plaintiff is ordered

25              to make the necessary arrangements to have one copy of this order attached to the check

26              in the amount of the full filing fee, by sending a copy of the order with the "brass slip"

27              for the $350 fee to Inmate Services for the Nevada Department of Corrections.

28

3. The Clerk of the Court shall **SEND** a copy of this order to the Finance Division of the Clerk's Office. The Clerk shall also **SEND** a copy of this order to the attention of the Chief of Inmate Services for the Nevada Department of Corrections, P.O. Box 7011, Carson City, NV 89702.

4. The Clerk shall **DETACH** and **FILE** the complaint.

5. The Clerk shall electronically **SERVE** a copy of this order and a copy of plaintiff's complaint on the Office of the Attorney General of the State of Nevada, attention Pamela Sharp.

6. The Attorney General's Office shall advise the Court within **twenty-one (21) days** of the date of the entry of this order whether it can accept service of process for the named defendants. As to any of the named defendants for which the Attorney General's Office cannot accept service, the Office shall file, *under seal*, the last known address(es) of those defendant(s).

7. If service cannot be accepted for any of the named defendant(s), plaintiff shall file a motion identifying the unserved defendant(s), requesting issuance of a summons, and specifying a full name and address for said defendant(s).

8. If the Attorney General accepts service of process for any named defendant(s), such defendant(s) shall file and serve an answer or other response to the complaint within **sixty (60) days** from the date of this order.

9. Henceforth, plaintiff shall serve upon defendant(s) or, if an appearance has been entered by counsel, upon their attorney(s), a copy of every pleading, motion or other document submitted for consideration by the Court. Plaintiff shall include with the original paper submitted for filing a certificate stating the date that a true and correct copy of the document was mailed to the defendants or counsel for the defendants. If counsel has entered a notice of appearance, the plaintiff shall direct service to the individual attorney named in the notice of appearance, at the address stated therein. The Court may disregard any paper received by a district judge or magistrate judge which has not been

2

filed with the Clerk, and any paper received by a district judge, magistrate judge, or the Clerk which fails to include a certificate showing proper service.

**IT IS SO ORDERED.**

DATED this 29th day of November, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

3