UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | | |
|---|---|---|
| LAWSON GUY STEVE, | ) | CASE NO.  3:11-CV-0540-LRH-WGC |
| | ) | |
| Plaintiff(s), | ) | MINUTES OF THE COURT |
| | ) | |
| vs. | ) | DATED: FEBRUARY 14, 2012 |
| | ) | |
| GREG COX, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

PRESENT: HONORABLE WILLIAM G. COBB , U.S. MAGISTRATE JUDGE

Deputy Clerk: JENNIFER COTTER      Reporter: FTR: 1:29:55 p.m. - 2:00:40 p.m.

Counsel for Plaintiff(s): LAWSON GUY STEVE, In Pro Per (telephonically)

Counsel for Defendant(s): JEFFREY HOPPE

PROCEEDINGS: **STATUS CONFERENCE**

1:29 p.m.  Court convenes.

The Court and parties confer regarding Defendants' Notice to the Court (Doc. 27).

Mr. Hoppe advises the Court that there should be no obstructions to Plaintiff using the law library in accordance with the prison's procedures and designated hours of availability.  Plaintiff represents that, while he had a lack of response to submitted kites previously, he has been able to get on the lists for library use in recent weeks on his designated days and times.

It is further noted that Plaintiff has not reached his $100 limit for copy work.  Plaintiff, however, requests an increase of his copy work to $150 due to the costs of having to file pleadings related to his attempts to get documents notarized and for filings in other cases.

**IT IS ORDERED** that $25.00 shall be **REIMBURSED** to Plaintiff's copy account for the copies he had to make in filing motions with the Court in order to get documents notarized for the release of funds to pay the filing fee in this case.  Plaintiff is advised that he needs to file separate motions for extensions of copy work in other cases and explain why the increase is needed for each individual case.

Some discussion occurs regarding the expected date on which Wells Fargo will transmit the funds to the Clerk's Office for payment of the filing fee.  Plaintiff provides the reference numbers of the transaction.  During the hearing, the Court's Judicial Assistant calls Wells Fargo and discovers that payment will be sent on February 15, 2012.

Page Two
3:11-cv-0540-LRH-WGC (Steve v. Cox, et al.)
February 14, 2012

Given the occurrences of this hearing and at the agreement of all parties, **IT IS ORDERED** that the Motion for Preliminary Injunction (Doc. 23) and the Motion for Temporary Restraining Order (Doc. 24) are **DISMISSED without prejudice**.

2:00 p.m.  Court adjourns.

                                                        LANCE S. WILSON, CLERK

                                                        By: /s/

                                                        Deputy Clerk